**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT DEFRANCE EVANS** **PLAINTIFF**
**#166821**

**v.** **No. 4:25-cv-00187-LPR-ERE**

**EDWARD J. FRANKS, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 32). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant Franks are DISMISSED without prejudice for failure of service. The Clerk is directed to TERMINATE Edward J. Franks as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE